1  BENJAMIN B. WAGNER
   United States Attorney
2  MIA A. GIACOMAZZI
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          | CASE NO. 1:11-CR-00374-DAD-2
12 |                    Plaintiff,      | MOTION TO DISMISS INDICTMENT; ORDER
13 |          v.                        |
14 | ARACELI P. PEREZ,                  |
15 |                    Defendant.      |

16

17    The United States of America ("the government"), by and through Benjamin B. Wagner, United

18 States Attorney and Mia A. Giacomazzi, Assistant United States Attorney, hereby moves this Court for

19 permission to dismiss without prejudice the indictment in Case No. 1:11-CR-00374-DAD-2.

20    Good cause exists to dismiss without prejudice the indictment as to defendant Araceli P. Perez in

21 the interest of justice, and pursuant to Fed. R. Crim. P. 48(a), for the following reasons: This action has

22 remained pending without activity for nearly five years. Because of the long period of non-activity, this

23 case is presumed to be no longer viable. Additionally, the gravity of the offense does not justify

24 continued efforts to prosecute.

25                                          BENJAMIN B. WAGNER
   Dated: January 14, 2016.               United States Attorney
26

27                                           /s/ Mia A. Giacomazzi
                                           MIA A. GIACOMAZZI
28                                         Assistant United States Attorney

                                   1

**ORDER**

On the basis of good cause, to serve the interest of justice, pursuant to the government's motion and Fed. R. Crim. P. 48(a), the indictment in Case Number 1:11-CR-00374-DAD-2 shall be DISMISSED as to defendant Araceli P. Perez only without prejudice. The clerk of court is directed to close this case.

IT IS SO ORDERED.

Dated:   **January 14, 2016**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE